UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )
                                   )
              v.                   )
                                   )   Cr. No. 19-10333-MLW
                                   )
HILDEGAR CAMARA,                   )
         Defendant.                )

ORDER

WOLF, D.J.                                      September 10, 2019

On September 6, 2019, the government filed an information and a plea agreement.  The plea agreement provides that the defendant shall plead guilty to the six charges in the information by September 30, 2019.  See Docket No. 2.

In view of the foregoing, it is hereby ORDERED that:

1.   By September 12, 2019, the government shall either confirm that Docket No. 2 is the complete plea agreement or file any additional document(s) necessary to provide the court with the complete plea agreement.

2.   A hearing to determine whether the court should accept the proffered waiver of indictment and guilty pleas shall be held on September 19, 2019, at 2:00 p.m.


                                   UNITED STATES DISTRICT JUDGE