UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HILDEGAR CAMARA<br><br>Defendant. | Case No. 1:19-CR-10333-MLW |

## NOTICE OF APPEARANCE ON BEHALF OF
## DEFENDANT HILDEGAR CAMARA

Please enter the appearance of Paul V. Kelly of the law firm Jackson Lewis, P.C., in the above-captioned case on behalf of defendant Hildegar Camara.

Respectfully submitted,

**HILDEGAR CAMARA**

By his attorney

*/s/ Paul V. Kelly*
Paul V. Kelly (BBO# 267010)
Jackson Lewis P.C.
75 Park Plaza
Boston, MA 02116
(617) 367-0025
Paul.kelly@jacksonlewis.com

September 10, 2019

## CERTIFICATION OF SERVICE

I, Paul V. Kelly hereby certify that on September 10, 2019, a copy of the foregoing *Notice of Appearance* was filed through the ECF system, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served upon anyone indicated as a non-registered participant.

/s/ Paul V. Kelly
Paul V. Kelly

4833-1696-7332, v. 1