UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 19-10333-MLW |
| v. | ) | |
| HILDEGAR CAMARA, | ) | FILED UNDER SEAL[1] |
| Defendant | ) | |

## JOINT RESPONSE TO COURT ORDER

By and through the undersigned Assistant U.S. Attorney and defense counsel, the parties jointly respond to the Court's September 11, 2019 Memorandum and Order, ECF Dkt. No. 17, as follows:

Sealing of the cooperation agreement is no longer requested.

Respectfully submitted,

HILDEGAR CAMARA
Defendant

ANDREW E. LELLING
United States Attorney

By: */s/ Paul V. Kelly, Esq.*
PAUL V. KELLY

By: */s/ Zachary R. Hafer*
ZACHARY R. HAFER
Assistant U.S. Attorney

Date: September 16, 2019

---

[1] The parties are temporarily filing this submission under seal only because the Court's September 11, 2019 Memorandum and Order, ECF Dkt. No. 17, is under seal. The parties have no objection to this submission being publicly docketed upon receipt by the Court.