UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Cr. No. 19-cr-10333-MLW |
| | ) |
| HILDEGAR CAMARA, | ) |
|     Defendant. | ) |

MEMORANDUM AND ORDER

WOLF, D.J.                                              September 17, 2019

On September 6, 2019, the government filed on the public record an Information (Docket No. 1) and a September 3, 2019 letter (Docket No. 2) concerning defendant Hildegar Camara's agreement to plead guilty before September 30, 2019. On September 10, 2019, the court ordered the government either to confirm that Docket No. 2 is the complete plea agreement or file any additional document(s) necessary to provide the court with the complete plea agreement. See Docket No. 12. On September 11, 2019, the government filed an assented to motion to seal a September 3, 2019 Cooperation Agreement with Camara (Docket No. 16 under seal) and the Cooperation Agreement (Docket No. 16-1 under seal). Later on September 11, 2019, the court issued, under seal, a Memorandum and Order raising questions concerning whether sealing of the Cooperation Agreement is appropriate and justified. See Docket No. 17 (under seal). The court ordered the parties to confer and, by September 16, 2019, either state that sealing of the Cooperation

Agreement is no longer requested, or file an affidavit and memorandum in support of the motion to seal. Id. On September 16, 2019, the parties jointly filed, temporarily under seal, a statement that "[s]ealing of the cooperation agreement is no longer requested." Docket No. 18 (under seal).

In view of the foregoing, it is hereby ORDERED that Docket Nos. 16, 16-1, 17, and 18 are UNSEALED.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE