# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-10333-MLW |
| Hildegar CAMARA | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 09/19/2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Paul V. Kelly, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Mark L. Wolf, Senior U.S. District Judge
*Judge's printed name and title*

September 19, 2019