UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HILDEGAR CAMARA,<br><br>      Defendant. | Criminal No. 19-CR-10333-DPW |

**DEFENDANT HILDEGAR CAMARA'S ASSENTED-TO MOTION FOR
TEMPORARY MODIFICATION OF CONDITIONS OF PROBATION**

Defendant Hildegar Camara, by and through counsel, and with the assent of the United States, hereby moves the Court to permit a temporary modification of his conditions of probation (which includes home confinement) to permit him to attend the wedding celebration of his daughter and only child, Courtney.  This important event is scheduled to occur on Friday evening, October 1, 2021.  It is respectfully requested that Mr. Camara be permitted to be released from home confinement on Friday, October 1, and Saturday, October 2, and permitted to attend this special event in his daughter's life.

Dated:  September 22, 2021

                                            Respectfully submitted,

                                            **HILDEGAR CAMARA**

                                            By his attorney,

                                            */s/ Paul V. Kelly*
                                            Paul V. Kelly (BBO No. 267010)
                                            Jackson Lewis P.C.
                                            75 Park Plaza
                                            Boston, MA 02116
                                            (617) 367-0025
                                            Paul.Kelly@jacksonlewis.com

## CERTIFICATE OF SERVICE

I certify that this document was filed through ECF and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

>                                   */s/ Paul V. Kelly*
>                                   Jackson Lewis P.C.

4835-3901-9514, v. 1